

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8031

UNITED STATES OF AMERICA,  )  Magistrate Case No.:
                          )
         Plaintiff,       )  COMPLAINT FOR VIOLATION OF
                          )
    v.                    )  21 U.S.C. § 952 and 960
                          )  Importation of a Controlled Substance
Richard Morgan KARAS      )  (Felony)
                          )
         Defendant.       )

The undersigned complainant being duly sworn states:

That on or about January 18, 2008, within the Southern District of California, defendant Richard Morgan KARAS did knowingly and intentionally import approximately 21.62 kilograms (47.56 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Brandon Wood
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22nd, DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On January 18, 2008 at approximately 1713 hours, Richard Morgan KARAS entered the United States at the Calexico, California East Port of Entry. KARAS was the driver of a 1993 Chrysler Caravan. Customs Border Protection (CBP) Officer Baca noted that KARAS avoided eye contact during questioning. Officer Baca also noticed that the driver's side panel felt solid when tapped. Officer Baca asked KARAS who the vehicle belonged to and KARAS responded that he had owned it for two days. Officer Baca referred KARAS and the vehicle to the secondary lot for closer examination.

While in secondary KARAS informed CBP Officer Platero that the vehicle was recently purchased. An inspection of KARAS' vehicle by Officer Platero revealed 14 packages concealed within the side panels. The packages contained a green leafy substance that weighed 21.62 Kilograms and tested positive for marijuana.

Special Agents Wood and Morquecho conducted an interview of the driver KARAS. During the interview KARAS stated that he had no relation to the vehicle and was driving it for a recently made acquaintance. The acquaintance had instructed KARAS to drive the vehicle for him across the East Port of Entry and pick him up at an AutoZone that is approximately a mile from the port of entry. The acquaintance was then to drive him to his home in Moreno Valley, California.

KARAS was placed under arrest and booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on January 19, 2008 at 15:30

Brendon Wood
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on _1/18/08_ in violation of Title 21, United States Code, Section(s) _952 and 960_.

United States Magistrate Judge       1/18/08 @ 3:50 p.m.
                                      Date/Time