# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.

RICHARD MORGAN KARAS,
        Defendant.

**APPEARANCE**

Case Number:  08MJ8031

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RICHARD MORGAN KARAS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/23/2008 | /s/ HANNI M. FAKHOURY |
| Date | Signature |
| | HANNI M. FAKHOURY / Federal Defenders    252629 |
| | Print Name                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City      State      Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number              Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008                                     /s/  Hanni M. Fakhoury
                                                            HANNI M. FAKHOURY
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            e-mail: Hanni_Fakhoury@fd.org