FILED

08 JAN 30 PM 4:40

BY: _PDL_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0253 H

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of Marijuana; |
| RICHARD MORGAN KARAS, | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| | ) | Possession of Marijuana with |
| Defendant. | ) | Intent to Distribute |
| | ) | |

The grand jury charges:

Count 1

On or about January 18, 2008, within the Southern District of California, defendant RICHARD MORGAN KARAS did knowingly and intentionally import approximately 21.62 kilograms (approximately 47.56 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JDM:fer:Imperial
1/25/08

<u>Count 2</u>

On or about January 18, 2008, within the Southern District of California, defendant RICHARD MORGAN KARAS did knowingly and intentionally possess, with intent to distribute, approximately 21.62 kilograms (approximately 47.56 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 30, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
JEFFREY D. MOORE
Assistant U.S. Attorney