**HANNI M. FAKHOURY**
California Bar No. 252629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Hanni_Fakhoury@fd.org

Attorneys for Mr. Karas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR0253-H |
|---|---|---|
| Plaintiff, | ) | DATE: March 17, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS: |
| **RICHARD MORGAN KARAS**, | ) | |
| | ) | (1) TO COMPEL DISCOVERY; |
| Defendant. | ) | (2) PRESERVE EVIDENCE; |
| | ) | (3) DISMISS THE INDICTMENT FOR GRAND JURY VIOLATION; AND |
| | ) | (4) FOR LEAVE TO FILE FURTHER MOTIONS |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on March 17, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, RICHARD MORGAN KARAS, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

///
///
///
///
///
///

**MOTIONS**

Defendant, Richard Morgan Karas, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)     Compel Discovery;

(2)     Preserve Evidence:

(2)     Dismiss the Indictment For Grand Jury Violation; and

(3)     Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: February 13, 2008         *s/ Hanni M. Fakhoury*
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Karas

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Paul L. Starita,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Paul.Starita@usdoj.gov

Dated: February 14, 2008         /s/ *Hanni Fakhoury*
                                 HANNI M. FAKHOURY
                                 Federal Defenders
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 e-mail: Hanni_Fakhoury@fd.org