**HANNI M. FAKHOURY**
California State Bar No. 252629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-Mail: hanni_fakhoury@fd.org

Attorneys for Mr. Karas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0253-H |
| Plaintiff, ) | |
| v. ) | JOINT MOTION TO CONTINUE HEARING |
| RICHARD MORGAN KARAS, ) | |
| Defendant. ) | |

Richard Morgan Karas, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., jointly moves with Assistant United States Attorney Paul Starita, to continue the motion hearing from June 16, 2008, at 2:00 p.m. until August 4, 2008 at 2:00 p.m. The parties agree that time is excludable under the Speedy Trial Act as substantive motions have been previously filed. Mr. Karas is presently in custody.

Dated: June 11, 2008    /s/ Hanni Fakhoury
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Karas
Hanni.Fakhoury@fd.org

Dated: June 11, 2008    /s/ Paul Starita
**PAUL L. STARITA**
Assistant United States Attorney
Paul.Starita@usdoj.gov

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Paul Starita**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Paul.Starita@usdoj.gov

Dated: June 11, 2008　　　　　　　　　　/s/ Hanni M. Fakhoury
　　　　　　　　　　　　　　　　　　　HANNI M. FAKHOURY
　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　e-mail: Hanni.Fakhoury@fd.org