UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>     Plaintiff, )<br><br>     v. )<br><br>RICHARD MORGAN KARAS, )<br><br>     Defendant. )<br>_____ ) | CASE NO. 08CR0253-H<br><br>ORDER CONTINUING<br>MOTION HEARING |

**IT IS HEREBY ORDERED**, that the motion hearing set for June 16, 2008, at 2:00 p.m. be rescheduled to **August 4, 2008 at 2:00 p.m.** The defendant is currently in custody, and the Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED**.

DATED:   June 12, 2008

**HONORABLE MARILYN L. HUFF**
United States District Judge