1  **HANNI M. FAKHOURY**
California Bar No. 252629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467 ext. 3717
4  hanni_fakhoury@fd.org

5  Attorneys for Mr.  Karas

6

7

8                         UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE MARILYN L. HUFF)**

11  UNITED STATES OF AMERICA,          )      CASE NO.: 08CR0253-H
                                       )
12            Plaintiff,               )      DATE: September 22, 2008
                                       )      TIME: 9:00 a.m.
13  v.                                 )
                                       )      MOTION TO SHORTEN TIME
14  **RICHARD MORGAN KARAS**,          )
                                       )
15            Defendant.               )
                                       )
16

17        RICHARD MORGAN KARAS, by and through his attorney, Hanni M. Fakhoury and Federal

18  Defenders of San Diego, Inc., moves this Court for an order shortening time for filing Mr. Karas's

19  Sentencing Memorandum to six (6) days, to be heard September 22, 2008, at 9:00 a.m., or as soon thereafter

20  as counsel may be heard, for the following reasons:

21        Defense counsel was in trial on United States v. Ochoa-Ramirez, 08CR1637-WQH
          last week and then was out of the district the entire weekend. Defense counsel did not
22        return to the district until Monday September 15, 2008 and while able to submit the
          sentencing summary chart on time, was unable to finish the sentencing memorandum
23        on time.

24

                                              Respectfully submitted,
25

26                                            */s/   Hanni M. Fakhoury*

27  Dated: September 16, 2008                 **HANNI M. FAKHOURY**
                                              Federal Defenders of San Diego, Inc.
28                                            Attorneys for Mr. Karas

                                                                          08CR0253-H

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

3   information and belief, and that a copy of the foregoing document has been served this day upon:

4   **PAUL STARITA**
    Assistant United States Attorney

5   U S Attorneys Office Southern District of California
    880 Front Street

6   Room 6293
    San Diego, CA 92101

7   (619) 557-5610
    Fax: (619)557-5917

8   Paul.Starita@usdoj.gov

9   A courtesy copy was sent via electronic email to:

10  **RONNIE PREAP**,
    UNITED STATES PROBATION OFFICER

11  Ronnie Preap/CASP/09/USCOURTS

12

13  Dated: September 16, 2008                    /s/ *Hanni Fakhoury*
                                                 **HANNI M. FAKHOURY**

14                                               Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900

15                                               San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)

16                                               (619) 687-2666  (fax)
                                                 e-mail: Hanni_Fakhoury@fd.org

17

18

19

20

21

22

23

24

25

26

27

28